IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUSTIN MCCARTY                                                                                    PLAINTIFF

V.                                        NO: 5:15CV00294 JM/PSH

ALLEN CHEEK *et al*                                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James. M. Moody Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On September 7, 2016, the parties filed a joint motion to dismiss this action with prejudice, pursuant to a settlement agreement.  For good cause shown, the motion should be granted.

IT IS THEREFORE RECOMMENDED THAT the joint motion to dismiss (Doc. No. 26) be GRANTED, and plaintiff Dustin McCarty's complaint be DISMISSED WITH PREJUDICE.

DATED this 9th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE