**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DUSTIN MCCARTY                                                                                          PLAINTIFF

V.                                          NO: 5:15CV00294 JM

ALLEN CHEEK *et al*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the joint motion to dismiss (Doc. No. 26) is GRANTED, and plaintiff Dustin McCarty's complaint is DISMISSED WITH PREJUDICE.

DATED this 28th day of September, 2016.

UNITED STATES DISTRICT JUDGE