# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DUSTIN MCCARTY                                                                                      PLAINTIFF

V.                                          NO: 5:15CV00294 JM

ALLEN CHEEK *et al*                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 28th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE